Di Concilio et al. *v.* The Wierton Coal Co., Appellant.

Argued April 20, 1933.

Before TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*E. C. Higbee*, and with him *William Brown Higbee* of *Higbee, Matthews & Lewellyn*, for appellant.

*H. S. Dumbauld*, and with him *E. D. Brown*, for appellee.

OPINION BY BALDRIGE, J., July 14, 1933:

The facts and the legal principles involved in this case are the same as in Dornick et ux. v. The Wierton Coal Company, 109 Pa. Superior Ct. 400, in which an opinion was filed this day.

For the reasons therein set forth, judgment is reversed and now entered for defendant.